i545

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 26-  *63* |
| | ) | |
| v. | ) | (18 U.S.C. §§ 2, 249(a)(1)(A), 371, 1503(a)) |
| | ) | |
| MUHAMMED KOC | ) | |
| a/k/a "Moe" | ) | **[UNDER SEAL]** |
| OMAR ALSHMARI | ) | |
| ABRAHAM CHOUDHRY | ) | |
| a/k/a "Abe" | ) | **FILED** |
| EMIRHAN ARSLAN | ) | |
| a/k/a "Emir" | ) | |
| ALI ALKHALEEL | ) | MAR 25 2026 |
| ADEEL PIRACHA | ) | |
| a/k/a "Adel" | ) | CLERK U.S. DISTRICT COURT |
| | | WEST. DIST. OF PENNSYLVANIA |

## INDICTMENT

The grand jury charges:

### GENERAL ALLEGATIONS

#### September 27, 2024

1.      In the early morning hours of September 27, 2024, defendants MUHAMMED KOC (a/k/a "Moe"), OMAR ALSHMARI, ABRAHAM CHOUDHRY (a/k/a "Abe"), EMIRHAN ARSLAN (a/k/a "Emir"), ALI ALKHALEEL, and one or more other persons known to the grand jury were standing in a group on the corner of Semple Street and Ward Street in the Oakland neighborhood of the City of Pittsburgh, in the Western District of Pennsylvania.

2.      In and around 2:00 a.m. that morning, Victim 1—whose identity is known to the grand jury and who was wearing a Star of David necklace on the outside of his shirt—walked down Semple Street towards Ward Street. The Star of David, a six-pointed star, is a prominent symbol of Jewish identity.

3.     At approximately 2:01 a.m., Victim 1 walked past KOC, ALSHMARI, CHOUDHRY, ARSLAN, ALI ALKHALEEL, and one or more other persons known to the grand jury at the intersection of Semple Street and Ward Street.

4.     Upon observing Victim 1's Star of David necklace, KOC called out to Victim 1, making one or more anti-Semitic statements towards Victim 1, including "Fuck Israel" and "Fuck the Jews," or words to that effect.

5.     In response, Victim 1 stopped and turned to face KOC, ALSHMARI, CHOUDHRY, ARSLAN, ALI ALKHALEEL, and one or more other persons known to the grand jury to question KOC's anti-Semitic comments.

6.     From in and around 2:01 a.m. until in and around 2:05 a.m., a verbal exchange occurred between and in the presence of KOC, ALSHMARI, CHOUDHRY, ARSLAN, ALI ALKHALEEL, Victim 1, Witness 1 and Witness 2, individuals known to the grand jury, and other persons known to the grand jury.

7.     During this exchange, KOC and one or more other defendants made additional anti-Semitic comments, including stating "Jews are pussies" and "I hate Jews and I hate Israel," or words to that effect. Victim 1 clutched his Star of David necklace in response to one or more comments about the Star of David. KOC then stated to Victim 1 that he should not be wearing the Star of David and should instead be wearing a different necklace, and ARSLAN and CHOUDHRY pulled out their necklaces with pendants, which Victim 1 observed and believed to have Arabic script and religious meaning.

8.     Victim 1 stood his ground and asserted it was "dumb" to insult someone for being Jewish, or words to that effect, but was not physically aggressive towards any of the defendants.

2

9. In and around 2:05 a.m., KOC punched Victim 1 in Victim 1's face and kicked out towards Victim 1 with his foot. ALSHMARI also struck Victim 1. As a consequence, Victim 1 suffered bodily injury, including physical pain, a split lip, and headaches.

10. In and around 2:05 a.m., Unindicted Co-Conspirator 1, whose identity is known to the grand jury, ran down Semple Street towards the intersection of Semple Street and Ward Street.

11. A surveillance camera in the vicinity of Semple Street and Ward Street recorded portions of the above-described events.

12. Unindicted Co-Conspirator 2, whose identity is known to the grand jury, was on Semple Street in the vicinity of the restaurant Shah's Halal Food but was not present on the corner of Semple Street and Ward Street for the above-described events.

13. Defendant ADEEL PIRACHA (a/k/a "Adel") was not in the vicinity of Semple Street and Ward Street during the above-described events.

14. Victim 1 reported the attack to law enforcement, and the Federal Bureau of Investigation commenced a federal criminal investigation on or about September 27, 2024, regarding the attack against Victim 1 in the Western District of Pennsylvania.

15. On September 27, 2024, at approximately 2:11 p.m., the University of Pittsburgh issued a crime alert providing descriptions of three of the suspects. This crime alert did not mention Victim 1's Star of David necklace.

16. Following the release of the crime alert, an unknown individual shared the alert in a Snapchat group labelled, "NO SAVING FOR THE LOVE OF GOD," in which defendants KOC, ALSHMARI, CHOUDHRY, ARSLAN, ALI ALKHALEEL, PIRACHA, Unindicted Co-Conspirator 1, Unindicted Co-Conspirator 2, and others were members. Snapchat is a free-access, Internet-based social media messaging application used to share photographs, videos, and to

3

engage in text-based conversations; once viewed, media and conversations sent over the Snapchat application automatically delete by default after a set period of time, which can be changed by the user.

17.　After learning of the crime alert, KOC, PIRACHA, and ALSHMARI engaged in a Snapchat message conversation within the "NO SAVING FOR THE LOVE OF GOD" Snapchat group. During this conversation, PIRACHA stated, "yall will be fine they not finding shit with those descriptions." ALSHMARI then identified himself and KOC as two of the individuals listed in the Crime Alert. Thereafter, PIRACHA, ALSHMARI, and KOC sent the following messages within the "NO SAVING FOR THE LOVE OF GOD" Snapchat group:

| | |
|---|---|
| **PIRACHA:** | was it the white boy who had the israel chain |
| **ALSHMARI:** | Yeah |
| **PIRACHA:** | in the vid yall sent he was like i hope yall have a good night then what happened |
| **ALSHMARI:** | He said some dumb shit to moe and we punched on him by Shas You think there's cameras at that spot ? |
| **PIRACHA:** | idk I can check when im there yall should be good anyways |
| **KOC:** | Nigga called me dumb 3 times and I said say it again |

18.　On or about September 27, 2024, beginning at approximately 4:14 p.m., ALSHMARI engaged in a text conversation with Witness 3, whose identity is known to the grand jury, about the attack on Victim 1. During this conversation, ALSHMARI admitted to being involved and told Witness 3, "Fuckin yahoodi," "Don't say nothing to anybody tho," and "Some Jew niggas said something so I stomped his head in." "Yahoodi" is the English spelling for the Arabic word that translates to "Jew."

19.　Also on September 27, 2024, beginning at approximately 5:12 p.m., KOC engaged in a text conversation with Witness 4, whose identity is known to the grand jury. During this text conversation, KOC sent a screenshot of a news article about the above-described events, titled

4

"Pitt police say feds investigating alleged antisemitic attack near campus." During this conversation, KOC admitted to attacking Victim 1. Witness 4 asked KOC, "Did u beat him up bc he was talking back or bc he was Jewish?" and "Please do not say bc he was Jewish." KOC did not deny attacking Victim 1 because he was Jewish, but instead responded, "An fbi investigation over a busted lip."

### COUNT ONE

The grand jury further charges:

20.    The factual allegations in paragraphs 1 through 19 are incorporated by reference as if re-alleged herein.

21.    On or about September 27, 2024, in the Western District of Pennsylvania, defendants MUHAMMED KOC and OMAR ALSHMARI, aiding and abetting one another, did willfully cause bodily injury to Victim 1, a person whose identity is known to the grand jury, because of Victim 1's actual and perceived race and religion.

In violation of Title 18, United States Code, Section 249(a)(1)(A), and Title 18, United States Code, Section 2.

5

## COUNT TWO

The grand jury further charges:

### THE CONSPIRACY AND ITS OBJECTS

22.    Paragraphs 1 through 19 are incorporated by reference as if re-alleged herein.

23.    From in and around January 2025, and continuing until in and around March 2025, in the Western District of Pennsylvania, the defendants, MUHAMMED KOC, OMAR ALSHMARI, ABRAHAM CHOUDHRY, EMIRHAN ARSLAN, ALI ALKHALEEL, and ADEEL PIRACHA, together and with others known and unknown to the grand jury, knowingly conspired, confederated, and agreed to commit an offense against the United States, that is, corruptly influencing, obstructing, and impeding, and endeavoring to influence, obstruct, and impede the due administration of justice, in violation of Title 18, United States Code, Section 1503(a).

### MANNER AND MEANS OF THE CONSPIRACY

### Interview of Defendant MUHAMMED KOC

24.    On or about January 14, 2025, agents of the FBI interviewed KOC about the above-described attack on Victim 1. During this voluntary interview, KOC initially denied being present on the corner of Semple Street and Ward Street on September 27, 2024, when Victim 1 was attacked.

25.    During the January 14, 2025, interview, after agents informed KOC of the existence of surveillance footage, KOC admitted to being present at the intersection of Semple Street and Ward Street on September 27, 2024, but falsely stated that Victim 1 swung at and tried to kick at KOC's group of friends first, which KOC claimed caused someone to strike Victim 1. KOC falsely stated that he did not know that Victim 1 was Jewish. KOC stated that ALSHMARI was a "hot

6

head," or words to that effect, and was yelling at Victim 1, but KOC denied that ALSHMARI struck Victim 1.

26.    After law enforcement concluded the voluntary interview with KOC and departed, KOC called ALSHMARI via cellular telephone at approximately 12:22 p.m. That call lasted approximately 54 seconds. Then, at approximately 12:23 p.m., KOC initiated a FaceTime call with ALSHMARI. That call lasted approximately 45 minutes. At approximately 1:35 p.m., ALSHMARI messaged KOC, stating: "No one has came yet." Then, at approximately 2:08 p.m., KOC responded: "They might come tomorrow."

**Grand Jury Subpoenas**

27.    Between on or about January 22, 2025, and on or about January 27, 2025, an FBI agent served ALSHMARI, CHOUDHRY, ARSLAN, ALI ALKHALEEL, PIRACHA, Unindicted Co-Conspirator 1, and Unindicted Co-Conspirator 2, with grand jury subpoenas commanding each to appear and testify before the grand jury in the United States District Court for the Western District of Pennsylvania at the times, dates, and places shown on the subpoenas, in connection with its investigation of the attack against Victim 1 on September 27, 2024.

**Agreement to Obstruct the Grand Jury Investigation**

28.    It was a manner and means of the conspiracy that from in and around January 2025, and continuing until in and around March 2025, KOC, ALSHMARI, CHOUDHRY, ARSLAN, ALI ALKHALEEL, and PIRACHA, with and among each other and other persons known to the grand jury, sent messages and engaged in one or more voice calls to falsely align their testimony about the attack against Victim 1 on September 27, 2024; provided warnings not to discuss the attack over non-encrypted digital messaging applications; endeavored to learn what information had already been divulged to law enforcement; and provided false and misleading information to

7

the grand jury.

29.    It was a further manner and means of the conspiracy that on or about January 22, 2025, after an FBI agent served grand jury subpoenas on ALSHMARI and PIRACHA, both ALSHMARI and PIRACHA sent messages to a Snapchat group called, "The boys," in which all defendants were then members, informing the group that they had received grand jury subpoenas. During the resulting Snapchat conversation, PIRACHA said to the group, "I've been subpoenaed to court what has everyone said so we all on same page" and "Need to make sure everyone on same page same story." ALSHMARI also informed the Snapchat group that KOC spoke with the FBI about "the Oakland shit" and warned that, "We need to know everything they talked about." PIRACHA then advised the group, "I think niggas should say it was a regular fight the nigga was drunk and talkin shit and jt was jsut a lil fight," ALSHMARI responded, "Fuck no bro I'm not saying we did shit." PIRACHA warned, "But they clearly have evidence" and "It's worse if yall completely lie." During this Snapchat group conversation, CHOUDHRY, ARSLAN, and Unindicted Co-Conspirator 1 provided warnings not to discuss the attack over what they believed were non-encrypted digital communication platforms.

30.    It was a further manner and means of the conspiracy that on or about January 23, 2025, after an FBI agent served grand jury subpoenas on ALI ALKHALEEL, Unindicted Co-Conspirator 1, and ARSLAN, both Unindicted Co-Conspirator 1 and ARSLAN sent messages to the "The boys" Snapchat group in which all defendants were then members informing the group that they too had received grand jury subpoenas. During the resulting group conversation, Unindicted Co-Conspirator 1 and CHOUDHRY warned against communicating in Snapchat and, along with KOC, encouraged the group to use one or more different secure communication platforms. CHOUDHRY also advised the Snapchat group to "never say a word" and explained

8

that "u gotta be careful w ur words," "Lying in court is a charge."

31.    It was a further manner and means of the conspiracy that on or about January 23, 2025, ARSLAN messaged Snapchat's AI chatbot, asking "what charge is lying in court," to which Snapchat's AI chatbot then informed ARSLAN:

> Lying in court is considered perjury. Perjury is the act of knowingly making false statements while under oath. It is a serious offense and can result in significant legal consequences . . . .

ARSLAN then prompted Snapchat's AI chatbot, "Contempt of court," and received the following response:

> Contempt of court refers to behavior that disrespects or disobeys the authority, justice, and dignity of the court. This can include actions like disrupting court proceedings, failing to comply with court orders, or showing disrespect towards judges and legal proceedings. Contempt of court can lead to penalties . . . .

32.    It was a further manner and means of the conspiracy that on or about January 27, 2025, an FBI agent served grand jury subpoenas on CHOUDHRY and Unindicted Co-Conspirator 2. Thereafter, both CHOUDHRY and Unindicted Co-Conspirator 2 sent messages to the "The boys" Snapchat group in which all defendants were then members informing the group that they too had received grand jury subpoenas. During the resulting Snapchat group conversation, ARSLAN told ALI ALKHALEEL and others in the group chat, "We gotta say the same shit," and ALI ALKHALEEL agreed. ARSLAN then sent messages in the group chat stating, "Ngl we should all link tn or this week" "And talk" "Cause this shits serious." Unindicted Co-Conspirator 2, ALI ALKHALEEL, and Unindicted Co-Conspirator 1 each responded to the group chat messages and agreed. Furthermore, one or more FaceTime calls occurred involving PIRACHA, ALI ALKHALEEL, KOC, CHOUDHRY, ARSLAN, and ALSHMARI, during and in the course of this

9

Snapchat conversation.

33.    It was a further manner and means of the conspiracy that on or about February 19, 2025, six days before the first defendant testified before the grand jury, ALSHMARI sent one or more screenshots of Internet search results regarding perjury via iMessage to a group chat in which all defendants were then members. Unindicted Co-Conspirator 2 responded to receipt of the screenshots, "Why u send it here" and ALSHMARI clarified that he was "not in the chat." ALSHMARI explained to Unindicted Co-Conspirator 2 and the group, "I'm trynna get all of us on the same page and u just bullshitting." Unindicted Co-Conspirator 2 responded, "Over the phone ain't it" and "Needs to be real life," to which ALSHMARI responded that "All of us all linking is damn near impossible" and "That's not gonna happen." Thereafter, Unindicted Co-Conspirator 2 and ALI ALKHALEEL attempted to initiate a FaceTime call and messaged the iMessage group chat to "Join the call," "!!!!!," and "Important asf." Unindicted Co-Conspirator 2 then sent messages to the iMessage group chat telling "Emir [ARSLAN]," "Moe [KOC]," and "Adel [PIRACHA]" to "Join." ARSLAN responded, "Bet," via the iMessage group chat and one or more FaceTime calls resulted involving Unindicted Co-Conspirator 2, KOC, PIRACHA, and CHOUDHRY. During the course of one or more of these FaceTime calls, ALSHMARI sent a video capturing the location of surveillance cameras in the vicinity of Semple Street and Ward Street to the iMessage group chat. Approximately 30 minutes later, Unindicted Co-Conspirator 2 directly messaged ARSLAN via iMessage again telling him to "Join," to which ARSLAN responded, "1 sec."

## OVERT ACTS

34.    In furtherance of the conspiracy, and to effect the objects of the conspiracy, the defendants, ALSHMARI, CHOUDHRY, ARSLAN, ALI ALKHALEEL, PIRACHA, and

Unindicted Co-Conspirator 1 and Unindicted Co-Conspirator 2, did commit and cause to be committed, the following overt acts, among others, in the Western District of Pennsylvania:

a.  On or about February 19, 2025, ALSHMARI transmitted a video to one or more co-conspirators that recorded the presence of security cameras on Semple Street in the vicinity of the Semple Street and Ward Street intersection.

b.  On or about February 25, 2025, ALSHMARI testified falsely and misleadingly before the grand jury regarding facts material to the grand jury's investigation into the attack against Victim 1 on September 27, 2024, including, but not limited to, the following:

i.  In response to the question, "Regardless of the time, do you recall anyone being punched, or punching anyone?" ALSHMARI testified, "No, I did not see anything like that" and further testified, "No, I didn't hit him [Victim 1]."

ii.  In response to the question, "Did you hear anything related to the other guy [Victim 1] being Jewish? Could that be why he [Victim 1] was heated?" ALSHMARI testified, "No," and in response to the follow-up question, "Nothing about a Star of David necklace?" ALSHMARI testified, "No. Not at all. Yeah, him being Jewish, I think, is absolutely – that's the last thing. . . . I have nothing, nothing against Jewish people."

iii.  In response to the question, "Did you talk about at all about what to say here [before the grand jury], or what your story was?" ALSHMARI testified, "No."

iv.  In response to the question, "Have you ever seen Moe [KOC] get in a fight with anyone else?" ALSHMARI testified, "No," which was false and misleading in that on or about September 28, 2024, ALSHMARI sent one or more videos of KOC fighting with someone else via Snapchat to the "NO SAVING FOR THE LOVE OF GOD" group chat; and that on or about February 21, 2025, approximately four days before ALSHMARI testified before the grand

11

jury, KOC sent ALSHMARI a video in which KOC had blood on his face and stated, "Bro, I just fought these niggas bro, my shoulder's dislocated bro, I just fucked this niggas up though, I'm not gonna lie to you," or words to that effect.

    v.   In response to the question, "So have you been completely truthful today?" ALSHMARI testified, "Yes."

    c.   On or about February 25, 2025, CHOUDHRY testified falsely and misleadingly before the grand jury regarding facts material to the grand jury's investigation into the attack against Victim 1 on September 27, 2024, including, but not limited to, the following:

    i.   In response to the question, "Do you recall any conversation about Judaism?" CHOUDHRY testified, "I don't," and in response to the follow-up question, "So no comments that anyone was making about someone being Jewish, about Judaism, about anything anyone was wearing?" CHOUDHRY testified, "I don't recall."

    ii.   In response to questions about the timing of his conversations about the events of September 27, 2024, with the other defendants, CHOUDHRY testified, "I'm sure we discussed, like, the day it had occurred."

    iii.   In response to the question, "What were those [Snapchat] conversations about?" CHOUDHRY testified, "Well, I think, like, everybody else got the letters and stuff, so probably just stuff like that," and in response to the follow-up question, "So when is the conversation you're referring to now? When did that occur?" CHOUDHRY testified, "I really don't remember, like, exactly."

    iv.   In response to questions regarding whether anyone discussed the above-described incident during the Snapchat conversations between CHOUDHRY and the other defendants after receiving their subpoenas, CHOUDHRY testified, "I don't remember."

12

v.    In response to the question, "Do you recall what those messages were about, or what they said?" when asked about messages CHOUDHRY sent to the group chat after one or more defendants received their subpoenas, CHOUDHRY testified, "No."

vi.    In response to the question, "So at the time of the incident, you don't recall anything related to the man in the black shirt [Victim 1] wearing anything that might be why your friends were talking to him?" CHOUDHRY testified, "No. At the time of the incident, I wasn't sure."

vii.    In response to the question, "And is it your recollection, on the night of the incident, itself, you were not at all aware of anything related to that [Victim 1's] necklace?" CHOUDHRY testified, "At the time of the incident, no."

viii.    In response to the question, "Did you hear him [KOC] expressing anything about Judaism or Jewish people on the night of the incident?" CHOUDHRY testified, "I don't remember," and, when asked, "But nothing about Israel or Judaism or anything like that?" CHOUDHRY testified, "No."

ix.    In response to questions about the messages he sent among the people subpoenaed, CHOUDHRY testified, "Yeah, I probably said, like, I got a letter in the mail -- or, not in the mail. Somebody came to my door, agent, with a letter."

d.    On or about February 26, 2025, Unindicted Co-Conspirator 2 testified falsely and misleadingly before the grand jury regarding facts material to the grand jury's investigation into the attack against Victim 1 on September 27, 2024, including, but not limited to, the following:

13

i.    In response to the question, "What did they tell you [about the events of September 27, 2024]?" Unindicted Co-Conspirator 2 testified that KOC "shoved" Victim 1 because KOC felt "threatened" by Victim 1.

ii.    In response to the question, "Did you talk to him [KOC] about it [the events of September 27, 2024] at all?" Unindicted Co-Conspirator 2 testified, "Yeah. I told you earlier, yeah, we talked about it. Probably, like, six months ago when it first happened. That night, we mentioned it. Of course."

iii.    In response to the question, "Have you been completely truthful today?" Unindicted Co-Conspirator 2 testified, "Yeah."

e.    On or about February 26, 2025, ARSLAN testified falsely and misleadingly before the grand jury regarding facts material to the grand jury's investigation into the attack against Victim 1 on September 27, 2024, including, but not limited to, the following:

i.    In response to the question, "But sounds like there was a fight?" ARSLAN testified, "I honestly don't know. I mean, whenever I seen it, it looked more like an argument to me."

ii.    In response to the question, "[Y]ou did not see anybody strike anybody the night into the early morning on September 27?" ARSLAN testified, "No."

iii.    In response to the question, "Did you notice a necklace somebody was wearing?" ARSLAN testified, "No."

iv.    In response to the question, "Do you know about a necklace that somebody was -- may have been wearing that night?" ARSLAN testified, "No."

v.    In response to the question, "So you didn't tell Omar [ALSHMARI] that you received that subpoena?" ARSLAN testified, "No," and in response to the follow-up

14

question, "Did you tell Moe [KOC] that you got that subpoena?" ARSLAN testified, "No. . . . I think it went from -- like, from me telling Abdullah and Ali [ALKHALEEL], and I think they told them, because I personally didn't tell them."

vi.      In response to the question, "But you don't know what the argument was about?" ARSLAN testified, "Not really. I couldn't really hear that well," and in response to the follow-up question, "Well, not really, or no?" ARSLAN testified, "No."

vii.      In response to questions about whether anyone told him how to testify, what to say, or what not to say, ARSLAN testified, "No," to each.

viii.      In response to the question, "Have you been completely truthful today?" ARSLAN testified, "Yes."

f.      On or about February 26, 2025, Unindicted Co-Conspirator 1 testified falsely and misleadingly before the grand jury regarding facts material to the grand jury's investigation into the attack against Victim 1 on September 27, 2024, including, but not limited to, the following:

i.      Testifying that he did not talk to anyone about what to say before the grand jury, that there was no discussion with his co-defendants about what to say if asked certain questions, that there was no agreement to testify that Victim 1 was drunk, and that there was no alignment with his co-defendants as to specific things to say to protect each other.

ii.      In response to the question, "What were people talking about [on Snapchat after receiving their subpoenas]?" Unindicted Co-Conspirator 1 testified, "That whoever got subpoenaed, I guess. And after that, just people forgot about it, and we just continued."

iii.      In response to the question, "Have you been entirely truthful today?" Unindicted Co-Conspirator 1 testified, "Yes. I believe so. Yes."

15

g.     On or about February 26, 2025, ALI ALKHALEEL testified falsely and misleadingly before the grand jury regarding facts material to the grand jury's investigation into the attack against Victim 1 on September 27, 2024, including, but not limited to, the following:

i.     In response to the question, "Did you see anybody hit anybody?" ALI ALKHALEEL testified, "Not that I can remember. No."

ii.     In response to the question, "Did anybody talk to you about what to say here today?" ALI ALKHALEEL testified, "No."

iii.     In response to the question, "Have you been completely truthful today?" ALI ALKHALEEL testified, "Yes."

h.     On or about March 4, 2025, PIRACHA testified falsely and misleadingly before the grand jury regarding facts material to the grand jury's investigation into the attack against Victim 1 on September 27, 2024, including, but not limited to, the following:

i.     In response to the question, "Other than your attorney, who else did you speak with about this incident [on Semple Street]?" PIRACHA testified, "I think I told Saif about it," and when further asked, "Okay. Who else?" PIRACHA testified, "I mean, it's possible I told some other friends, but I don't know exactly."

ii.     In response to being asked whether PIRACHA spoke with KOC about the incident on Semple Street, PIRACHA testified, "I don't remember."

iii.     In response to being asked what PIRACHA and the other defendants discussed after PIRACHA received his grand jury subpoena, PIRACHA testified, "That I got a subpoena," and when further asked, "And then what?" PIRACHA testified, "I mean, I don't remember exactly what I said," and further testifying, "I'm trying to remember."

16

iv.        In response to the question, "Have you been completely truthful here today?" PIRACHA testified, "Yeah."

In violation of Title 18, United States Code, Section 371.

## COUNT THREE

The grand jury further charges:

35. The factual allegations in paragraphs 1 through 19 and 23 through 34 are incorporated by reference as if re-alleged herein.

36. From in and around January 2025 and continuing until on or about February 25, 2025, in the Western District of Pennsylvania, defendant OMAR ALSHMARI did corruptly influence, obstruct, and impede, and endeavor to influence, obstruct, and impede the due administration of justice; that is, ALSHMARI encouraged one or more persons to provide false and misleading testimony and provided false and misleading testimony to a federal grand jury in the Western District of Pennsylvania regarding the attack on Victim 1, including about the following:

        a.     the events leading up to and including the attack on Victim 1;

        b.     whether the attack on Victim 1 was related to Victim 1's Jewish identity;

        c.     whether he and one or more other persons discussed what to say to the grand jury;

        d.     whether defendant MUHAMMED KOC was a peaceful person; and

        e.     whether ALSHMARI had been completely truthful in his testimony before the grand jury.

In violation of Title 18, United States Code, Section 1503(a).

## COUNT FOUR

The grand jury further charges:

37.    The factual allegations in paragraphs 1 through 19 and 23 through 34 are incorporated by reference as if re-alleged herein.

38.    From in and around January 2025 and continuing until on or about February 25, 2025, in the Western District of Pennsylvania, defendant ABRAHAM CHOUDHRY did corruptly influence, obstruct, and impede, and endeavor to influence, obstruct, and impede the due administration of justice; that is, CHOUDHRY encouraged one or more persons to provide false and misleading testimony and provided false and misleading testimony to a federal grand jury in the Western District of Pennsylvania regarding the attack on Victim 1, including about the following:

        a.    the events leading up to and including the attack on Victim 1;

        b.    whether the attack on Victim 1 was related to Victim 1's Jewish identity, Israel, and Victim 1's Star of David necklace;

        c.    whether CHOUDHRY and one or more other persons discussed the attack on Victim 1, when those conversations occurred, and the content of those discussions; and

        d.    what he and one or more other persons discussed after receiving their grand jury subpoenas.

In violation of Title 18, United States Code, Section 1503(a).

19

## COUNT FIVE

The grand jury further charges:

39.    The factual allegations in paragraphs 1 through 19 and 23 through 34 are incorporated by reference as if re-alleged herein.

40.    From in and around January 2025 and continuing until on or about February 26, 2025, in the Western District of Pennsylvania, defendant EMIRHAN ARSLAN did corruptly influence, obstruct, and impede, and endeavor to influence, obstruct, and impede the due administration of justice; that is, ARSLAN encouraged one or more persons to provide false and misleading testimony and provided false and misleading testimony to a federal grand jury in the Western District of Pennsylvania regarding the attack on Victim 1, including about the following:

        a.    the events leading up to and including the attack on Victim 1;

        b.    whether the attack on Victim 1 was related to Victim 1's Jewish identity and Victim 1's Star of David necklace;

        c.    whether he and one or more persons discussed receiving a grand jury subpoena;

        d.    whether he and one or more other persons discussed what to say to the grand jury; and

        e.    whether he had been completely truthful in his testimony before the grand jury.

In violation of Title 18, United States Code, Section 1503(a).

20

## COUNT SIX

The grand jury further charges:

41.     The factual allegations in paragraphs 1 through 19 and 23 through 34 are incorporated by reference as if re-alleged herein.

42.     From in and around January 2025 and continuing until on or about February 26, 2025, in the Western District of Pennsylvania, defendant ALI ALKHALEEL did corruptly influence, obstruct, and impede, and endeavor to influence, obstruct, and impede the due administration of justice, that is, ALI ALKHALEEL encouraged one or more persons to provide false and misleading testimony and provided false and misleading testimony to a federal grand jury in the Western District of Pennsylvania regarding the attack on Victim 1, including about the following:

a.     the events leading up to and including the attack on Victim 1;

b.     whether he and one or more other persons discussed what to say to the grand jury; and

c.     whether he had been completely truthful in his testimony before the grand jury.

In violation of Title 18, United States Code, Section 1503(a).

## COUNT SEVEN

The grand jury further charges:

43.    The factual allegations in paragraphs 1 through 19 and 23 through 34 are incorporated by reference as if re-alleged herein.

44.    From in and around January 2025 and continuing until on or about March 4, 2025, in the Western District of Pennsylvania, defendant ADEEL PIRACHA did corruptly influence, obstruct, and impede, and endeavor to influence, obstruct, and impede the due administration of justice, that is, PIRACHA encouraged one or more persons to provide false and misleading testimony and provided false and misleading testimony to a federal grand jury in the Western District of Pennsylvania regarding the attack on Victim 1, including about the following:

        a.    the events leading up to and including the attack on Victim 1;

        b.    whether he discussed the attack on Victim 1 with one or more persons;

        c.    what he and one or more other persons discussed regarding the attack on Victim 1; and

        d.    whether he had been completely truthful in his testimony before the grand jury.

22

In violation of Title 18, United States Code, Section 1503(a).

A True Bill,

FOREPERSON

TROY RIVETTI
United States Attorney
PA ID No. 56816

CARL J. SPINDLER
Assistant United States Attorney
PA ID No. 325867

23