AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v. | ) |
| | ) Case No.   2:26-cr-00063-2 |
| | ) |
| | ) FID: 11940337 |
| | ) |
| OMAR ALSHMARI | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   OMAR ALSHMARI

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 249(a)(1)(A) & 2 HATE CRIME ACT; 18 U.S.C. 371 CONSPIRACY TO OBSTRUCT THE DUE ADMINISTRATION OF JUSTICE; 18 U.S.C. 1503(a) OBSTRUCTION OF THE DUE ADMINISTRATION OF JUSTICE

**RECEIVED**
**By KKrapp at 11:40 am, Mar 26, 2026**

| | |
|---|---|
| Sarah Sewall | Case Administration Supervisor |
| Name of Issuing Officer | Title of Issuing Officer |
| *Sarah Sewall* | 03/25/2026        Pittsburgh |
| Signature of Issuing Officer | Date and Location |

| Return |
|---|

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: 3/30/26 _____

_____
Arresting officer's signature

RYAN GANTER  SPECIAL AGENT
Printed name and title